IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CORNELL WILLIAMS, | : | |
| Plaintiff | : | CIVIL ACTION NO. 1:08-CV-57 (WLS) |
| VS. | : | PROCEEDINGS UNDER 42 U.S.C. § 1983 BEFORE THE U.S. MAGISTRATE JUDGE |
| JAMES E. DONALD, *et al.*, | : | |
| Defendants | : | **RECOMMENDATION** |

Plaintiff **CORNELL WILLIAMS** has filed a document entitled "Notice of Intent to Modify and Supplement Complaint." (R. at 18). In the heading of this document, plaintiff has added the following defendants: Dr. Edward Bailey, Robert Bradford, Medical College of Georgia, and Pres. Daniel W. Rahn. Plaintiff has not explained how any of these proposed defendants violated his constitutional rights. In fact, he has made no allegations whatsoever against them, or anyone else, in this document. Moreover, plaintiff has filed no further documents explaining these proposed defendants, or even providing the addresses at which these defendants might be served.

To any extent that plaintiff's "Notice of Intent to Modify and Supplement Complaint," is construed as a motion to amend his complaint, the Undersigned **RECOMMENDS** that the motion be **DENIED**.

Under 28 U.S.C. § 636(b)(1), plaintiff may serve and file written objections to these recommendations with the District Judge to whom this case is assigned within ten (10) days after being served with a copy of this order.

**SO RECOMMENDED**, this 21st day of April, 2009.

*/s/ Richard L.Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

lnb

Case 1:08-cv-00057-WLS-RLH   Document 42   Filed 04/21/09   Page 2 of 2